☐ **ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
GUERDA MAURICE,                 :
                                :
                Plaintiff.      :   STIPULATION AND ORDER / Judgment
                                :   07 Civ. 8432 (BSJ)
        - v -                   :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
                Defendant.      :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay the sum of one thousand seven hundred dollars ($1,700.00) in attorney's fees, pursuant to the Equal Access to Justice Act,



28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

IT IS FURTHER STIPULATED AND AGREED, that this action is hereby dismissed with prejudice and the clerk is directed to enter judgment.

Dated: New York, New York
       March 13, 2008

>                                    _____
>                                    CAROL S. GOLDSTEIN, ESQ.
>                                    P.O. Box 525
>                                    Monroe, New York  10949
>                                    Telephone No. (845) 783-1178
>
>                                    MICHAEL J. GARCIA
>                                    United States Attorney for the
>                                    Southern District of New York
>                                    Attorney for Defendant
>
>                                    By: _____
>                                    JOHN E. GURA, JR.
>                                    Assistant United States Attorney
>                                    86 Chambers Street, 3rd Floor
>                                    New York, New York 10007
>                                    Telephone No. (212) 637-2712
>                                    John.E.Gura@usdoj.gov

SO ORDERED:

_____
United States District Judge